THE HONORABLE KAREN L. STROMBOM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER CAMERON, INGRID OVERMAN, and the F/V GALLOWS POINT,<br><br>                    Plaintiffs,<br><br>    v.<br><br>CAPE CAUTION, INC., and CHARLES R. PIECUCH, *In Personam*, and the F/V CAPE CAUTION, O.N. 606699, her engines, tackle, apparel, furniture and equipment, *In Rem*, and GARY MINKOFF, as charterer and owner *Pro Hac Vice*,<br><br>                    Defendants. | IN ADMIRALTY<br><br>Case No. 3:07-cv-05274-KLS<br><br>STIPULATION AND ORDER TO AMEND COMPLAINT |

      The parties, through counsel of record, hereby stipulate and agree that plaintiff is entitled to and has amended the complaint to include an additional defendant, Gary Minkoff, as charterer, and owner *pro hac vice* of the F/V GALLOWS POINT at the time of the collision alleged in the complaint.

      It is agreed between the parties that such amended complaint is timely, and that the Court should accept it for filing.

DATED this _____ day of November, 2007.

        HOLMES WEDDLE & BARCOTT, P.C.

_____
Philip W. Sanford, WSBA #18593
Attorney for Plaintiffs

_____
Robert Kehoe, WSBA #21873
Attorney for Defendants

## ORDER

IT IS SO ORDERED.  The amended complaint lodged by plaintiff is accepted for filing.

DATED this 28th day of November, 2007.

_____
Karen L. Strombom
United States Magistrate Judge

CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the _____ day of _____, 2007, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Kehoe Robert
1900 W. Nickerson, #320
Seattle, WA  98119


_____
Alyson Grover


Cameron order.doc