UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER CAMERON, INGRID OVERMAN, and the F/V GALLOWS POINT,<br><br>Plaintiffs,<br><br>v.<br><br>CAPE CAUTION, INC., and CHARLES R. PIECUCH, *In Personum;* the F/V CAPE CAUTION, O.N. 606699, her engines, tackle, apparel, furniture and equipment, *In Rem*, and GARY MINKOFF, as charger and owner *Pro Hac Vice,*<br><br>Defendants. | Case No. C07-5274 KLS<br><br>NOTICE BY COURT |

This matter is before the court based on the consent of the parties.  The Plaintiffs filed a Motion to Extend Expert Disclosure Deadline (Dkt. #34) with a noting date of June 20, 2008.  The undersigned realized that Mr. Minkoff has not filed a consent with the Court.  The Court is without jurisdiction to rule on the pending motion with out consent from all the the parties, even the parties added after the filing of the Joint Status Report, which led to reassignment of this case to the undersigned.

Therefore, the Court is making the parties aware of this circumstance.  Further, if Mr. Minkoff choses not to file a consent, this matter will be reassigned to a District Judge, as the absence of complete consent prevents this court from taking any further action in this matter.

1       The Court is noting this matter on its docket for review on July 22, 2008. If the Court does not have consent from all the parties by that date, this case will be reassigned.

      DATED this 2nd day of July, 2008.

                                                  Karen L. Strombom
                                                  United States Magistrate Judge

Notice By Court
Page - 2