UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CHRISTOPHER CAMERON, INGRID OVERMAN, and the F/V GALLOWS POINT,

   Plaintiffs,

v.

CAPE CAUTION, INC., and CHARLES R. PIECUCH, *In Personum;* the F/V CAPE CAUTION, O.N. 606699, her engines, tackle, apparel, furniture and equipment, *In Rem*, and GARY MINKOFF, as charger and owner *Pro Hac Vice,*

   Defendants.

Case No. C07-5274 KLS

ORDER DENYING MOTION TO EXTEND DISCLOSURE DEADLINE

This matter comes before the Court on the Plaintiffs' Motion to Extend Expert Disclosure Deadline (Dkt. #34). The Defendants filed their opposition to the motion (Dkt. #36) and the matter is ready for resolution by the Court.

This Court's Scheduling Order set the date of May 1, 2008 for the disclosure of expert witnesses. On June 11, 2008 the Plaintiffs filed their motion to extend that deadline. The Plaintiffs have failed to provide the Court with a good reason as to why the motion to extend the discovery date was filed almost six weeks after the cut-off date and they also have failed to provide a good reason why the cut-off date should be extended. At the most, they allege the need for additional time to respond to the Defendant's

Order Denying Motion
Page - 1

1 expert's report, a copy of which had already been provided in discovery.  However, the rules clearly
2 provide a thirty day time period within which an expert can file a rebuttal report.  It appears that this was
3 not done.  The motion to extend the expert witness disclosure deadline is DENIED.
4       DATED this 8nd day of July, 2008.

*[signature]*

Karen L. Strombom
United States Magistrate Judge